BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ADOLFO CUEVAS JR., aka "Adolfo Cuevas Junior," aka "Adolfo Cuevas," aka "Junior," aka "Bossman," ANDREW RODRIGUEZ JESSE MERAZ, aka "Jessie Meraz," aka "Cheeks," and MARTIN PATINO JR, AKA "MARTIN PATINO," AKA "TITO", Defendants. | CASE NO.  5:16-mj-00006-JLT MOTION AND ORDER TO UNSEAL REDACTED COMPLAINT |

The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. The Government requests that a redacted copy of the Complaint be unsealed as the defendants in this matter have been arrested.

Based on the foregoing, the United States respectfully requests that a redacted copy of the complaint, which is attached hereto and incorporated herein, be unsealed.

Dated: February 17, 2016              BENJAMIN B. WAGNER
                                      United States Attorney


                                       /s/ Melanie L. Alsworth
                                      MELANIE L. ALSWORTH
                                      Assistant United States Attorney

BENJAMIN B. WAGNER

Motion and Order to Unseal Complaint           1

United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>         v.<br><br>ADOLFO CUEVAS JR., aka "Adolfo Cuevas Junior," aka "Adolfo Cuevas," aka "Junior," aka "Bossman,"<br>ANDREW RODRIGUEZ<br>JESSE MERAZ, aka "Jessie Meraz," aka "Cheeks," and<br>MARTIN PATINO JR, AKA "MARTIN PATINO," AKA "TITO",<br><br>                   Defendants. | CASE NO. 5:16-mj-00006-JLT<br><br>ORDER TO<br>UNSEAL REDACTED COMPLAINT |

This Complaint was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the redacted copy of the Complaint be unsealed.

DATED: __2/17/16_____          _____
                                         UNITED STATES MAGISTRATE JUDGE

Motion and Order to Unseal Complaint          2