BENJAMIN B. WAGNER
United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MARTIN PATINO, JR.,<br><br>            Defendants. | CASE NO. 1:16 CR 00O26 LJO-SKO<br><br>STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR BAIL REVIEW AND RENEWED REQUEST FOR PRETRIAL RELASE; ORDER THEREON |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Brian K. Delaney, Assistant U.S. Attorney and Kevin Little attorney for defendant Martin Patino Jr., that the hearing on Defendant's Motion for Bail Review and Renewed Request for Pretrial Release currently scheduled for April 13, 2016 at 1:30 pm before the Honorable Erica P. Grojean be continued to April 20, 2016 at 1:30 pm before Honorable Barbara A. McAuliffe

   Dated: April 8, 2016                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                           By    /s/ Brian K. Delaney

Stipulation to Continue Bail Review Hearing

|   |   |
|---|---|
| | BRIAN K. DELANEY<br>Assistant U.S. Attorney |
| Dated: April 8, 2016 | /s/ Kevin Little<br>KEVIN LITTLE<br>Attorney for Martin Patino Jr. |

      IT IS SO ORDERED.

IT IS SO ORDERED.

   Dated:  **April 8, 2016**          /s/ *Erica P. Grosjean*
                                                 UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Bail Review Hearing