**ADAM M. KOPPEKIN, ESQ. SBN 225267**
LAW OFFICE OF I. MARK BLEDSTEIN
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)995-0801
Fax: (818)981-6098
E-mail: imblaw@pacbell.net

Attorney for Defendant
ADOLFO CUEVAS, JR.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>ADOLFO CUEVAS JR, et al.,<br><br>    Defendants. | Case No. 1:16 CR 00026 LJO-SKO<br><br>**STIPULATION AND ORDER CONTINUING SECOND STATUS CONFERENCE**<br><br>Date: August 29, 2016<br>Time: 1:00 P.M.<br>Judge: Sheila K. Oberto |

  It is hereby stipulated and agreed to between the United States of America through Brian K. Delaney, Assistant United States Attorney; defendant ADOLFO CUEVAS JR, by and through his counsel, Adam M. Koppekin, and JESSE MERAZ, by and through his counsel, Nicholas Capozzi, and MARTIN PATINO JR, by and through his counsel Kevin Little, that the Second Status Conference presently scheduled for August 29, 2016 be vacated and rescheduled for Second Status Conference on November 7, 2016 at 1:00P.M.

  Counsel for ADOLFO CUEVAS JR. is requesting additional time to review new discovery.

  IT IS FURTHER STIPULATED that:  (1) the period from the date of the signing of the parties' stipulation, August 16, 2016, to and including the new status conference hearing date of

November 7, 2016, shall be excluded from computation of time within which the trial in this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(A) and (B) (iv) and Local Code T4 as the failure to grant the requested continuance would deny defendant ADOLFO CUEVAS JR. continuity of defense counsel and deny both defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: August 16, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF I. MARK BLEDSTEIN

　　　　　　　　　　　　　　　　　　　　　*/s./ Adam M. Koppekin*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Adam M. Koppekin
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　ADOLFO CUEVAS JR.

　　　　　　　　　　　　　　　　　　　　　*/s./ Nicholas Capozzi*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nicholas Capozzi
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　JESSE MERAZ


　　　　　　　　　　　　　　　　　　　　　*/s./ Kevin Little*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Kevin Little
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　MARTIN PATINO JR.

　　　　　　　　　　　　　　　　　　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ *Brian K. Delaney*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BRIAN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing there from, adopts the stipulation of the parties in its entirety as its order. Based on the representation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defendant ADOLFO CUEVAS JR. continuity of counsel and both defense counsels reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time beginning from the parties stipulation on August 16, 2016 up to and including the November 7, 2016, Second Status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h) (7) (A) and (B) (iv) and Local Code T 4, to allow defendant ADOLFO CUEVAS JR. continuity of counsel and both defense counsels reasonable time to prepare.

IT IS SO ORDERED.

Dated:   **August 16, 2016**             /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE