**ADAM M. KOPPEKIN, ESQ. SBN 225267**
LAW OFFICE OF I. MARK BLEDSTEIN
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)995-0801
Fax: (818)981-6098
E-mail: imblaw@pacbell.net

Attorney for Defendant
ADOLFO CUEVAS, JR.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16 CR 00026 LJO-SKO |
| Plaintiff, | **STIPULATION AND  ORDER CONTINUING STATUS CONFERENCE** |
| vs. | Date: November 7, 2016 |
| ADOLFO CUEVAS JR, et al., | Time: 1:00 P.M. |
| Defendants. | Judge: Sheila K. Oberto |

It is hereby stipulated and agreed to between the United States of America through Brian

K. Delaney, Assistant United States Attorney; defendant ADOLFO CUEVAS JR, by and

through his counsel, Adam M. Koppekin, and JESSE MERAZ, by and through his counsel,

Nicholas Capozzi, and MARTIN PATINO JR, by and through his counsel Kevin Little, that the

Second Status Conference presently scheduled for November 7, 2016 be vacated and

rescheduled for Second Status Conference on January 30, 2017 at 1:00P.M.

Parties have been negotiating a settlement and need additional time. Counsel for

ADOLFO CUEVAS JR. is expecting a proposed plea agreement within the next 7 - 10 days.

Both government and defense are requesting a continuance.

IT IS FURTHER STIPULATED that:  (1) the period from the date of the signing of the

parties' stipulation, November 2, 2016, to and including the new status conference hearing date

1

of January 30, 2017, shall be excluded from computation of time within which the trial in this

matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(A) and

(B) (iv) and Local Code T4 as the failure to grant the requested continuance would deny

defendant ADOLFO CUEVAS JR. continuity of defense counsel and deny both defense counsel

reasonable time necessary for effective preparation, taking into account the exercise of due

diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the

best interests of the public and the defendants in a speedy trial.

Dated: November 2, 2016                     Respectfully submitted,

                                            LAW OFFICE OF I. MARK BLEDSTEIN

                                            */s./ Adam M. Koppekin*
                                            _____
                                            Adam M. Koppekin
                                            Attorney for Defendant
                                            ADOLFO CUEVAS JR.

                                            */s./ Nicholas Capozzi*
                                            _____
                                            Nicholas Capozzi
                                            Attorney for Defendant
                                            JESSE MERAZ


                                            */s./ Kevin Little*
                                            _____
                                            Kevin Little
                                            Attorney for Defendant
                                            MARTIN PATINO JR.

                                            BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ *Brian K. Delaney*
                                            _____
                                            BRIAN K. DELANEY
                                            Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing there from, adopts the stipulation of the parties in its entirety as its order.  Based on the representation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defendant ADOLFO CUEVAS JR. continuity of counsel and both defense counsels reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  It is ordered that time beginning from the parties stipulation on November 2, 2016 up to and including the January 30, 2017, second Status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h) (7) (A) and (B) (iv) and Local Code T 4, to allow defendant ADOLFO CUEVAS JR. continuity of counsel and both defense counsels reasonable time to prepare.

The Court also notes that the indictment was filed on February 25, 2016, and the arraignments took place on March 2, 2016.  In the event that the parties are unable to resolve this case before the next hearing, they shall meet and confer regarding a mutually agreeable trial date, and a trial date will be set before Chief District Judge Lawrence J. O'Neill on January 30, 2017.

IT IS SO ORDERED.

Dated:   **November 4, 2016**                           /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

3