Kevin G. Little, SBN 149818
Law Office of Kevin G. Little
Post Office Box 8656
Fresno, California  93747
Telephone:  (559) 342-5800
Facsimile:  (559) 420-0839
E-Mail:  kevin@kevinlittle.com

Attorney for Defendant, MARTIN PATINO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MARTIN PATINO,<br><br>　　　　　Defendant. | Case No. 1:16-cr-00026 LJO/SKO<br><br>STIPULATION AND ORDER<br>TO POSTPONE SENTENCING HEARING<br>FROM MAY 1 TO JUNE 26, 2017 |

TO THE HONORABLE COURT:

　　WHEREAS sentencing in this matter is currently set for May 1, 2017 at 10:00 a.m., and

　　WHEREAS as a result of a technical error the undersigned defense counsel did not receive the draft presentence report and has not had an opportunity until recently to scrutinize or prepare presentence report objections, and

　　WHEREAS the defendant intends on making a contested request for referral to a drug treatment program (Delancey Street, Teen Challenge, or Victory Outreach) in lieu of immediate sentencing, but the defendant's evaluation for eligibility by those programs will take more time than what remains before the current sentencing date, and

STIPULATION AND PROPOSED ORDER　　　-1-

| | | |
|---|---|---|
| 1 | WHEREAS it will be in the interest of justice to consider the sentencing issues in this | |
| 2 | matter having the benefit of full briefing by both parties, and also with the benefit of the | |
| 3 | completed assessments of the rehabilitation counselors from the aforementioned programs, | |
| 4 | | |
| 5 | IT IS HEREBY STIPULATED that the sentencing hearing be continued to June 26, 2017 | |
| 6 | at 10:00 a.m. No further continuances will be requested or considered. | |

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: April 18, 2017          /s/ Brian Delaney
                               BRIAN DELANEY
                               Assistant United States Attorney
                               This was agreed to by Mr. Delaney
                               via email on April 18, 2017

DATED: April 18, 2017          /s/ Kevin G. Little
                               KEVIN G. LITTLE
                               Attorney for Defendant
                               MARTIN PATINO

IT IS SO ORDERED.

Dated:  **April 18, 2017**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER          -2-