PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00026 NONE SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | DATE: November 2, 2021 |
| MARTIN PATINO, JR., | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Erica P. Grosjean |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 2, 2021.

2. By this stipulation, defendant now moves to continue the status conference until November 29, 2021, at 2:00 pm before the Duty Magistrate Judge.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time consult with the U.S. Probation Officer, review the discovery, and discuss possible resolution of the Violation Petition with the Probation Officer and the government.

    b) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated:  November 1, 2021                                     PHILLIP A. TALBERT
                                                             Acting United States Attorney

                                                             /s/ MELANIE L. ALSWORTH
                                                             MELANIE L. ALSWORTH
                                                             Assistant United States Attorney

Dated:  November 1, 2021                                     /s/ MAI SHAWWA
                                                             MAI SHAWWA
                                                             Counsel for Defendant
                                                             MARTIN PATINO, JR.

**FINDINGS AND ORDER**

Dated:   **November 1, 2021**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE