IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN PATINO,<br><br>　　　　Defendant. | Case No.: 1:16-CR-00026-001 DAD<br><br>ORDER OF RELEASE |

　　The above-named defendant having been sentenced on December 17, 2021, to continued supervision with all previously ordered conditions.

　　IT IS HEREBY ORDERED that the defendant shall be released forthwith.

　　A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

　Dated: __December 17, 2021__　　　　　　　_/s/ Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE