AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **MARTIN PATINO, JR** | Criminal Number: **1:16CR00026-004** |
| AKA: Martin Patino | Defendant's Attorney: Mai Shawwa, Appointed |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s)  3  as alleged in the violation petition filed on  10/1/2021 .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| CHARGE 3 | FAILURE TO FOLLOW INSTRUCTIONS OF THE PROBATION OFFICER | September 27, 2021 |

The court:  [✓] revokes:  [ ] modifies:  [✓] continues under same conditions of supervision heretofore ordered on  6/26/2017 .

    ADDITIONAL CONDITION: 1. The defendant shall not have personal, electronic or telephonic contact with Christa Wilcot. ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓] Charge(s)  1 and 2  are dismissed. [X] APPEAL RIGHTS GIVEN.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

    It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**12/17/2021**
Date of Imposition of Sentence

*Dale A. Drozd* (signature)

Signature of Judicial Officer
**Dale A. Drozd**, United States District Judge
Name & Title of Judicial Officer
12/17/2021
Date